UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAL MANAGEMENT, INC., RAAJ FOODS ) NO. CIV. S-04-2679 GEB PAN
CORPORATION, and AMERICAN PRIDE )
FOODS CORPORATION, )
             )
          Plaintiffs,          ) ORDER TO SHOW CAUSE
                               ) AND CONTINUING STATUS
     v.                        ) (PRETRIAL SCHEDULING)
                               ) CONFERENCE
UNITED STATES OF AMERICA,      )
                               )
          Defendant.           )
_____)

       The Order filed December 20, 2004, scheduled a Status (Pretrial Scheduling) Conference in this action for March 28, 2005. The Order filed March 21, 2005, continued the scheduling conference to May 9, 2005, at 9:00 a.m. and required the parties to file a joint status report no later than April 25, 2005. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1]  No status report was filed as ordered.

---

[1] As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to

(continued...)

The parties are Ordered to Show Cause (OSC) no later than 4:00 p.m. on May 23, 2005, why sanctions should not be imposed under Rule 16(f) of the Federal Rules of Civil Procedure against counsel and/or the parties for the failure to file a timely status report, as ordered. The written response shall state whether the party or its counsel is at fault and whether a hearing is requested on the OSC.[2] If a hearing is requested, it will be held on June 6, 2005, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date. In accordance with the requirements set forth in the March 21 Order, the parties are to file a joint status report no later than May 23, 2005.

IT IS SO ORDERED.

Dated: April 27, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

Order filed March 21 at 2 n. 1.

[2] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2