McGREGOR W. SCOTT
United States Attorney

YOUNGNA LEE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-6061
E-mail: youngna.lee@usdoj.gov
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAL MANAGEMENT, INC., RAAJ FOODS CORPORATION, and PRIDE GOODS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CIV-S-04-2679-GEB-PAN<br><br>RESPONSE TO ORDER TO SHOW CAUSE AND STIPULATION TO DISMISS COMPLAINT AND [PROPOSED] ORDER THEREON |

The United States of America and Lal Management, Inc., Raaj Foods Corporation and American Pride Foods Corporation, by their counsel stipulate as follows:

1. On December 20, 2004, the plaintiffs commenced the above-captioned action by filing a Complaint for Review of Ruling of Appeals Office of the Internal Revenue Service (the "Complaint").

2. The United States' sought an extension of time, until March 22, 2005, to file and serve its response to Complaint to allow the parties, among other things, to pursue resolution of this matter without undue litigation.

3. The United States answered the Complaint on March 22, 2005, and a scheduling conference was set for May 9, 2005, at 9:00 a.m. A joint status report was due to be filed no later than April 25, 2005.

4. Counsel for the plaintiffs and the United States have been pursuing resolution of the above-captioned case, and prior to the date the joint status report was due it appeared likely

1 that the case would be resolved.

2   5.   On April 25, 2005, counsel for the United States contacted by telephone counsel for the plaintiffs, to discuss the preparation of the joint status report and/or other resolution of this matter.  Counsel for the plaintiffs was unavailable and could not be reached by telephone.

    6.   Thereafter, the plaintiffs informed their counsel that the matter could be resolved without further litigation.

    7.   The joint status conference set for June 6, 2005, at 9:00 a.m. is vacated.

    8.   The Complaint is dismissed, with prejudice.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

9. The parties hereto shall bear their respective costs, including attorneys fees and other costs, associated with this litigation.

DATED this 11th day of May, 2005.

        McGREGOR W. SCOTT
        United States Attorney

        /s/ - YoungNa Lee
        YOUNGNA LEE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Ben Franklin Station
        Washington, DC 20044-0683
        Telephone: (202) 514-6061
        Fax:  (202) 307-0054
        E-mail: youngna.lee@usdoj.gov
        Attorneys for the United States of America

        /s/ - R. Todd Luoma
        R. TODD LUOMA
        Law Offices of Richard Todd Luoma
        3600 American River Drive, Suite 135
        Sacramento, California 95864
        Tel:  (916) 971-2440
        Fax:  (916) 971-2444
        E-mail: rtluoma@taxlitigator.net
        Attorney for the Plaintiffs

IT IS SO ORDERED.[1]

DATED:  May 12, 2005

        /s/ Garland E. Burrell, Jr.
        GARLAND E. BURRELL, JR.
        United States District Judge

---

[1] The parties are warned that settlement negotiations are not an excuse for failure to comply with a Rule 16 Scheduling Order. See Martin Family Trust v. NECO/Nostalgia Enters. Co., 186 F.R.D. 601, 603 (E.D. Cal. 1999) (finding plaintiff's failure to submit status report because it was engaged in settlement negotiations to be sanctionable conduct).